UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ANTHONY DE LA CRUZ,<br><br>Petitioner,<br><br>v.<br><br>MARCUS PALLARD,<br><br>Respondent. | Case No. 2:21-cv-1977-JGB (MAR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Motion to Dismiss, the records on file, and the Final Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that: (1) the Motion to Dismiss is **GRANTED**; (2) the Petition is **DISMISSED** without prejudice; and (3) a Certificate of Appealability is **DENIED**.

Dated: November 29, 2021

_____
HONORABLE JESUS G. BERNAL
United States District Judge