JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ANTHONY DE LA CRUZ, | Case No. 2:21-cv-1977-JGB (MAR) |
| Petitioner, | |
| v. | JUDGMENT |
| MARCUS PALLARD, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this action is **DISMISSED** without prejudice.

Dated: November 29, 2021

_____
HONORABLE JESUS G. BERNAL
United States District Judge